81,378-01

Abel Acosta, Clerk                              7/20/15
Criminal Appeals of Tx.
PO Box 12308 Capitol st.
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

Mr. Acosta,
    I filed an appeal (TRAIL CT NO: 10938-A-1)
that was denied (6/11/2014). Would you
please send me an copy of my appeal and
if there is a copy fee I'll gladly pay it.
            Thank You!


                        André Medlock
                        Dalhart #1789002
                        11950 Fm 998
                        Dalhart, Tx. 79022